

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00544-CV

Jameel Clarke **WILSON**,
Appellant

v.

**F&B 5380 MEDICAL DRIVE THRIVE, LP**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01682
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:    Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: February 1, 2023

DISMISSED

On January 17, 2023, appellant filed a voluntary motion to dismiss this appeal. Appellee

has not filed any opposition to the motion. We therefore dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

PER CURIAM